IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RHONDA HUGHES, | CASE NO. 8:06CV291 |
| Plaintiff, | |
| vs. | ORDER DISMISSING BLUE CROSS BLUE SHIELD OF NEBRASKA |
| BLUE CROSS BLUE SHIELD of NEBRASKA, and ANTHEM UM SERVICES, INC., | |
| Defendants. | |

This matter is before the Court on the notice of dismissal filed by Plaintiff Rhonda Hughes.  Hughes seeks to dismiss her claims against Defendant Blue Cross Blue Shield of Nebraska with prejudice.  Having considered the notice,

IT IS ORDERED:

1) The notice of dismissal (Filing No. 13) is approved, and the relief sought therein is granted;

2) All claims against Blue Cross Blue Shield of Nebraska are dismissed with prejudice;

3) As between Hughes and Blue Cross Blue Shield of Nebraska, the parties shall pay their own costs and attorney fees.

Dated this 28th day of April, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge