# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RHONDA HUGHES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:06CV291** |
| **vs.** ) | |
| ) | **ORDER** |
| **ANTHEM UM SERVICES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

The parties were previously ordered to file their Rule 26(f) planning report on or before May 15, 2006. No report has been filed; however, I note that the remaining defendant[1] has filed a Motion to Dismiss [16] based on the plaintiff's alleged failure to join an indispensable party.

**IT IS ORDERED** that the May 15, 2006 deadline for filing a Rule 26(f) planning report is hereby suspended pending the district court's ruling on defendant's Motion to Dismiss [16]. A new reporting deadline will be set by further order of the court.

**DATED May 22, 2006.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett**
                                        **United States Magistrate Judge**

---

[1] The defendant, named in the Amended Complaint (Filing 1, Attachment 3 at p. 11) as Anthem UM Services, Inc., has identified itself as "Community Insurance Company d/b/a Anthem Blue Cross and Blue Shield."