IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RHONDA HUGHES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CV291** |
| vs. | ) | |
| | ) | **SCHEDULING ORDER** |
| **ANTHEM UM SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The parties' Rule 26(f) planning report deadline was suspended pending the district court's ruling on defendant's Motion to Dismiss [16]. Judge Smith Camp allowed the plaintiff to file an amended complaint and, consequently, denied the motion to dismiss as moot.

**IT THEREFORE IS ORDERED** that counsel for the parties shall meet and confer as required by Fed. R. Civ. P. 26(f) and shall electronically file their planning report with the court on or before **July 25, 2006.**

**DATED June 16, 2006.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**