IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RHONDA HUGHES, | ) | Case No. 8:06cv291 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ANTHEM UM SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement sent to the Clerk of the court by Stanley Cohen, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **August 25, 2006,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 26th day of July 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge