# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RHONDA HUGHES,** | ) | **CASE NO. 8:06CV291** |
| **Plaintiff,** | ) | |
| V. | ) | **ORDER OF DISMISSAL** |
| **ANTHEM UM SERVICES,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Joint Stipulation for Dismissal with Prejudice. The Joint Stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1. The Joint Stipulation for Dismissal with Prejudice (Filing No. 24) is approved, and the relief requested therein is granted;

2. The Complaint and all claims are dismissed with prejudice; and

3. The parties shall bear their own costs and attorney's fees.

DATED this 28th day of July, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge